UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SARAH RODRIGUEZ,

    Plaintiff,

v.

UNITED MERCHANT ASSET RECOVERY, LLC, et al.,

    Defendants.

_____/

Case No. 1:19-cv-730

HONORABLE PAUL L. MALONEY

## **JUDGMENT**

Pursuant to Rule 55(b) of the Federal Rules of Civil Procedure, **JUDGMENT** enters in favor of Plaintiff and against Defendants Shianne S. Burrows; Felicia Olivia McDowell; National Inquisition Services LLC; Timothy D. Harvey; Sean M. Millard; Michael David Enzinna; Dana D. Scott; United Merchant Asset Recovery, LLC; United Merchant Asset Recovery of WNY, LLC; Rossi Hackerman and Associates, LLC; Ross Wright & Group Inc; Brown & Brewer Inc; Eastview Advisory Group LLC; Heston F. McClain; and Chantelle Nicole McClain; jointly and severally, and Plaintiff is awarded statutory damages in the amount of $1,000.00 pursuant to the Fair Debt Collection Practices Act, plus statutory damages in the amount of $2,500.00 pursuant to the Driver's Privacy Protection Act of 1994, for a total award of $3,500.00.

Dated: March 27, 2020

    /s/ Paul L. Maloney
Paul L. Maloney
United States District Judge