UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| SARAH RODRIGUEZ,<br>    Plaintiff,<br><br>-v-<br><br>UNITED MERCHANT ASSET<br>RECOVERY, LLC, et al.,<br>    Defendants. | No. 1:19-cv-730<br><br>HONORABLE PAUL L. MALONEY |

## JUDGMENT

Pursuant to Fed. R. Civ. P. 58, **JUDGMENT** is hereby entered in favor of Plaintiff and against Defendants in the amount of $14,936.92.

**IT IS SO ORDERED.**

**Date:** February 18, 2021            /s/ Paul L. Maloney
                                                  Paul L. Maloney
                                                  United States District Judge